which he claims is now due, before these collections were made. He has not made any demand on me for said money prior to bringing this suit. He wrote out in his own hand this paper (referring to letter last filed in evidence), which I signed. He never made any claim that I owed him any money except what I paid him until he found this $8,000 deal fell through."

The probative force of the above quoted and other testimony shows an greement to pay commissions as collections were made of the purchase money, rather than an agreement to pay the commissions upon finding a purchaser.

Rehearing denied.

All concur.

---

WILLIAM C. KNIGHT, *Plaintiff in Error*, v. WILLIAM FREEMAN DANCE, *Defendant in Error.*

Decision filed December 11, 1919.

A Writ of Error to a Judgment of the Circuit Court within and or the County of Pinellas, O. K. Reaves, Judge.

*John U. Bird,* for Plaintiff in Error;

*McMullen & Petteway* and *N. B. K. Pettingill,* for Defendant in Error.

PER CURIAM.—This cause having heretofore been submitted to the Court upon the transcript of the record of the judgment aforesaid, and argument of counsel for the

respective parties, and the record having been seen and inspected, and the Court being now advised of its judgment to be given in the premises, it seems to the Court that there is no error in the said judgment; it is, therefore, considered, ordered and adjudged by the Court that the said judgment of the Circuit Court be, and the same is hereby, affirmed.

All concur.

---

C. L. LEGGETT AND R. M. WILLIAMS, *Plaintiffs in Error,* v. V. Q. McCOY, *Defendant in Error.*

Decision filed December 11, 1919.

A Writ of Error to a Judgment of the Circuit Court within and for the County of Madison, M. F. Horne, Judge.

*W. B. Davis,* for Plaintiff in Error;

*Wm. S. McCoy,* for Defendant in Error.

PER CURIAM.—This cause having heretofore been submitted to the Court upon the transcript of the record of the judgment aforesaid, and argument of counsel for the respective parties, and the record having been seen and inspected, and the Court being now advised of its judgment to be given in the premises, it seems to the Court that there is no error in the said judgment; it is, therefore, considered, ordered and adjudged by the Court that the said judgment of the Circuit Court be, and the same is hereby, affirmed.

All concur.